E-FILED
Friday, 25 February, 2022  06:07:57 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,

v.

NICHOLAS NIEMEYER,
Defendant.



Case No. 20-CR-20054

**<u>DEFENDANT'S SENTENCING EXHIBITS</u>**

NOW COMES the Defendant, NICHOLAS NIEMEYER, by and through his attorney, Anthony A. Bruno of Bruno Law Offices, and hereby offers the following evidence in mitigation at sentencing:

1. Letter from David Grey Tomasch, Defendant's son-in-law.

2. Letter from Elizabeth Niemeyer, Defendant's daughter.

3. Letter from Steph Niemeyer, Defendant's daughter.

4. Letter from Valerie Craig, Defendant's daughter.

5. Letter from Lisa Sowers, Defendant's sister.

6. Letter from Kathy Fusco, Defendant's sister.

7. Letter from Jessica Batten, Defendant's niece.

8. Letter from Mike Ashton, friend of Defendant.

9. Letter from Janice Niemeyer, Defendant's wife.

10. Letter from Doris Niemeyer, Defendant's mother.

Respectfully submitted,

BY:      /s Anthony A. Bruno, #6302496
         Anthony A. Bruno
         Attorney for the Defendant
         Bruno Law Offices
         301 West Green Street

Urbana, IL 61801-3200
Telephone: 217-328-6000
Facsimile: 217-328-6765
Email: lawyerbruno@gmail.com

The Honorable Judge Colin Bruce

United States District Court Judge

Central District of Ilinois


201 S Vine Street


Urbana, IL 61802




Your Honor,

My name is David Grey Tomasch. I am writing this letter on behalf of Nicholas Niemeyer, my friend, my partner's father, my children's grandfather. This is a letter I never thought I would have to write. And I don't know how to do so.

I suppose I will start with my meeting of Mr. Niemeyer. It was the summer of 2013. I had been dating Liz, Nick's Daughter, for a handful of months. It was time to "meet the parents". As any gentleman is, I was  nervous. Nick slapped my back and welcomed me into the Niemeyer fold. He did not question motives or set expectations. He only welcomed my presence. It was warm and natural. Amazing, actually.

Nick is a worker, no one will ever say differently. As Liz and I moved into our home with our new born daughter, and one on the way, Nicholas took his accrued vacation time from the Carpenter's Union to head to North Carolina to help us make a home. He painted, shoveled gravel, patched shingles, and helped build a deck. Always with a smile and a joke. He helped make our house home. I would guess that I am not the only person to tell you of Nick's enthusiasm and selflessness to create a wonderful place to call home.

As the years passed, I have watched Nick thrive and suffer. I watched him go from running up our mountain in North Carolina, to limping up the stairs. We built a walking ramp to our house just to make sure Nick could still come. Because we need him. His years of work as a concrete foreman, commercial carpenter, and hard working father were catching up with him. His hip gave way. A total replacement was the prognosis. The logistics of which were daunting. Insurance, bills, supporting a family all weighed heavily. While in immense pain. And things changed.

Nick visited, before his hip gave way, often, and for multiple weeks at a time. These were productive and joyous times; Fix the fence, dig the French drain, build a swing set, be showered and dressed for dinner at 5:00. We would laugh through family dinner, play with the children, and sleep soundly. Wake up early and do it all again. As his pain took over, things got harder. He would still come for visits, but they were awkward. Nick wanted to fix the ceiling fan, but was hindered by the pain. He is a proud man. To a fault. Instead of asking for a hand when he could barely walk, he found ways to numb the pain enough to still help others, at his own detriment. I am complicit. I still asked for help when, realistically, it was my time to help him. I will always regret my lack of understanding of this situation. Things got dark.

And here we are.

In the interim, Nick was able to work out the massive details to repair his hip. It was a total success! He followed orders, enthusiastically and successfully. So much so, that the

hospital and surgery team produced video of Nick's story and pasted his picture on billboards as promotion. Why? Because he is The story. From the bottom of the pain chasm with self medication as the only affordable solution, to spokesman for appropriate care. Nick is the voice of a thousand people.

Once his hip was replaced, I had the pleasure of spending a few more weeks with Nick; running the hills, hiking the mountains, and creating home. Like I stated earlier, I've seen Mr. Niemeyer at his highest and lowest. I must say that, Nick's demeanor, attitude, and enthusiasm have greatly improved since his hip replacement. His last visit to North Carolina, for his Granddaughter's birthday party, was so refreshing. He was in control of his life. No booze or drugs at all. The pain was gone, so were the habits.

Nick is a father to four and grandfather, "Gramps", to three. He is adored by all of them. His easy going demeanor, calm but firm parenting, and ease of communication makes him a very valuable part of this family. My children, Violet, age 6, and Magnolia, age 4, adore Gramps. They often plot silly pranks to pull on him the next time they see him. They often involve rubber spiders. They send unicorns and rainbows via text to Gramps often, and ask when we will be together again. I have had a hard time answering this question lately. My children need their Gramps around to teach them how to build a campfire, how to sew a hole in a doll's clothes, and to learn what is is to be a full and tight family. They will miss out on a critical piece of life. For this, I am broken hearted.

I write this letter from the center of my being. Nick has always been honest and helpful to all he meets. Even in this terrible situation, he has been honest and owned up to his mistake. I was shocked by this arrest and I feel that it was an immense failure of judgment. One, I fully believe, will never be repeated. My family supports and always will support Mr. Niemeyer. We will hold him accountable to his true character. A kind, generous, and loving person that, like all of us, makes mistakes and learns from them. I ask for your grace, Your Honor, for this man, father, grandfather, and friend.

Sincerely,

David Grey Tomasch

January 30, 2022

The Honorable Judge Colin Bruce

United States District Court Judge

Central District of Ilinois

201 S Vine Street

Urbana, IL 61802

Regarding U.S. v. Niemeyer

Dear Judge Bruce:

Nicholas Niemeyer is my father and I write this character reference letter to express my support. This is a man who has shown me unconditional love throughout my whole life and has always been there to support me in any way possible, and I am here to support him throughout this process.

I was caught off guard when my mom told me about his arrest because it was something I could never imagine him doing. I do know that he placed no blame on anyone else for what happened and told me that it was a really careless and thoughtless act that he deeply regrets.

My dad has always been a man of few words but he gives himself to his family and friends generously. He gave daily and often 24 hour care for his elderly mother for years until she moved in with my aunt when the COVID pandemic began. He traveled to the house that my family moved into right before the birth of our second child in 2017 and helped us rebuild our deck that was falling apart, clear a lot of overgrown land, and found all kinds of other chores that needed tending. This was before he had his hip replacement surgery and even though I know he had to be in pain, he insisted on helping every step of the way and never complained about it. Every time he visits us he finds something he can repair and does it with a smile on his face and a song in his heart. His grandchildren also love him dearly, as he plays with them like he's a kid himself every time they are together. Even though we live over 500 miles away, he has made a point to visit often enough so that his granddaughters know him and he knows them. They ask about his next visit and talk about how much they love him all the time.

He finds ways to help complete strangers as well. During one of his visits, he noticed someone on our country road having trouble with his motorcycle. The man was just learning to ride and after he told my dad this, dad took the next couple hours to give the guy lessons on riding and

helped him gain confidence. That's the kind of person he's always been, willing to help others however he can.

Throughout my childhood, he worked tirelessly to support our family of six as a construction worker, mostly building bridges throughout the state of Illinois. He would often bring me to these sites to show me the construction process and teach me how they are built. He instilled in me that I can accomplish anything with hard work and dedication.

Since I've known this man my entire life and he plays a major part in why I am the person that I am today, I truly believe that his wrongful actions are an anomaly of his character that he will never repeat. I am thankful for your consideration of this letter when you deliberate the appropriate sentence for my dad. I'm here to support him however he needs.

Respectfully,

Elizabeth Niemeyer

To the Honorable Judge Colin Bruce,

I am writing on behalf of my father whose future is in your care. I'd like to share with you a glimpse into his life which I am hopeful will add to your considerations in making a decision about his upcoming years. Thank you for taking time to read this letter from his daughter.

My dad, Nick, is a caring and thoughtful father and he has always tried to do what he feels is best for his children and family. He worked tirelessly as we grew up to ensure that we had opportunities and experiences to help us succeed and be happy. He taught me the power of listening - as he himself is a man of few words - and how supportive sitting in silence with someone can be. He helped me cultivate a love of creation, from building things to completing puzzles. He's also shown me how important it is to support your family. For years, he was a consistent daily care-taker for his aging parents and served as live-in support for his mother, for many months, after his father passed away. He and my mother regularly care for their grandson, and dad has done his best to teach my nephew how to be a caring and thoughtful person. When he can, he visits his granddaughters and helps to instill in them the same love of creation and exploration. Dad will and has always put others' well-being and needs before his own. He's a loving father, husband, son, brother, uncle, and grandfather, and a friend to many.

He's also made mistakes. What I hope that you can also see in my dad is the understanding and remorse that he has done wrong. He's worked hard to ensure that he can again be trusted. I do not know at what stage you'll be receiving and reading this letter, but if I can ask one thing - it's that you consider that work, as well as the goodness, compassion, and remorse within my dad when deciding his course for atonement. He's a man who has lived his life to help other people and if you can have empathy then he, and we, will not forget that second chance.

Thank you again for taking the time to read my letter.

Steph Niemeyer

Valerie Craig

514 Heather Dr. Raleigh, NC, 27606

January 6th 2022

Dear Honorable Judge Colin Bruce,

My name is Valerie Craig. I was previously a Licensed Massage and Bodywork Therapist in Raleigh, North Carolina, where I currently live, for roughly 9 years. I am the youngest daughter of Nicholas Niemeyer, I'm writing you today to grant you insight into my fathers character for your judgment. My dream is you realize this mistake was wildly out of character and grant him leniency in his sentencing.

My father raised me with a strong work ethic, healthy independence, and kindness to strangers. He spent his early 20's to 50's making sure his wife and 4 children were supported and comfortable. Several of my fondest memories with him are learning to fix and build things with my own two hands. He loves to help friends and family with his construction knowledge. He's the sort of man to befriend strangers wherever he goes, in fact it's hard to go anywhere with him cause he'll strike up conversation with anyone.

He, and his family, realize that he made a huge mistake and has to face the repercussions of his actions. He's a highly intelligent person and this slip of character has deeply impacted him. He's never been in trouble with the law before and always instilled the understanding of right and wrong in his children. His patience and understanding in my childhood, and adulthood, is unmatched. He fiercely loves his family and it would break his heart to be apart from them for years.

I truly appreciate your time and consideration, thank you.

Sincerely,

Valerie Craig

Your Honor,

I am writing to you about my brother Nick Niemeyer. I want to appeal to you to consider a sentence other than prison.  Nick is a kind, caring, hard-working man.  A man that made a terrible decision. A man that has wholeheartedly regretted that decision since.  Nick is not a criminal, he is human and made a mistake.  Please take this into consideration.
I appreciate your time.

Sincerely,
Lisa Sowers

Your Honor, Judge Colin Bruce,

Nick Niemeyer is my youngest brother.  I am writing to appeal to you to please consider an alternative to jail time for my brother.  Nick is not a criminal.  I understand that he committed a crime, but that does not define him in any sense of the word.  He did make an unfortunate decision on that particular day, and has regretted it ever since.

Our Mother is 93 years old, and now lives here in Raleigh, NC with me.  Nick has spent some time out here with us since Mom moved out here, and I have had an opportunity to get to know him better.  He is such a hard working man. He is an excellent carpenter, but is also able to do all kinds of things mechanical and electrical.  He had much needed hip surgery some time ago, but before he was able to get relief from the surgery he still managed to do all kinds of odd jobs for me and my family out here in North Carolina.  And he is able to provide some relief for me in taking care of our Mom.

I know you are aware of the risks of Covid within the prison system.  If there is any way to consider an alternative to jail time for a man who stepped out of character once in his life, we (all of his family, and in particular his Mother) would be so grateful.  There is also a very real possibility that if Nick goes to prison for any amount of time our Mother will not see him again in her lifetime.  That thought has been very hard on her.

Your Honor, please find it in your heart to move toward a different sentence for my brother other than a prison sentence.

Thank you in advance for your consideration.

Kathy (Niemeyer) Fusco
1320 Marlborough Road
Raleigh, NC 27610

To Whom It May Concern:


I have had the opportunity to get to know my Uncle Nick better since he retired a couple of years ago.  He is an extremely talented carpenter, and craftsman. I have hired and trusted him in repairing and adding additions to my home in Raleigh and my beach home at Snead's Ferry.  Actually, he seems to be really good at a lot of mechanical things!  I have trusted his opinion on many occasions.  My family and I have really enjoyed getting to know him. He is reliable and responsible, as well as kind and compassionate.  He goes out of his way to help others, often without payment.

Uncle Nick comes to Raleigh periodically to help with the care of his mother who is residing here now. He helped move my Grandma Doris here during covid. She is 93 years old, in a wheelchair, and needs constant care.  They brought her here to Raleigh to have my mom take care of her, and Nick is one of the siblings who has been kind enough to come and give my mom some relief because Grandma's care is 24/7.  He is gentle and understanding of her.

I understand about consequences for behavior, and that the law is there to be followed. I am sure there has got to be a better solution for someone like Uncle Nick other than jail time.  I also understand the hardships of life in a rural community and having the heart to do anything for your family. A man who has worked so hard his entire life that his body has given out.  A quick fix to hardship can only seem like a dream when it's dangled in front of you even when you know it's a horrible decision.  I would consider jail time for Uncle Nick to be a waste of taxpayer's money, as well as a huge waste of the talents and kindness of a good man.


Thank you for your time
Jessica Batten

I was introduced to Nick Niemeyer 30 years ago when I moved to the area from Philadelphia and have been friends ever since. I live close to Nick and his family and they welcomed me with open arms into their home. Nick is a hard working man that always provided for his family.

Nick is the first person I would call if I needed any work done on my house or vehicle. It never an inconvenience for him to spent a weekend offering help or adice. His generosity does not stop with me. Like when a elderly neighbor's yard was flooded he dug a trench to have the water run away from her home.

Nick is always one of the first person to lend a helping hand to anyone in need.

Thank you for your time
Sincerely  Mike Ashton

Judge Colin Bruce,

Thank you for taking the time to read my letter regarding Nick Niemeyer.

Nick & I starting dating while we were in High School. We married 41 years ago in February 1981.

The man who will stand before you to receive his sentence is a God fearing man who went down the rabbit hole of the drug world. You can trust in the fact that he is ashamed of himself and full of remorse and regret about this behavior. While Nick is in front of you today, we as a family are also at your mercy.

It is so out of character for him to be in trouble. He has always been a hard working man who loves God and his family.

Every year we make an Altar for the Corpes Christy Prosession at our Chuch, St Francis of Assissi, in Teutopolis, We have done this for over twenty years. Nick Also volunteered his time to be an usher at church. Nick is also a volunter driver for Meals on Wheels a program to deliver meals to the elderly in and around Teutopolis, our home town. We have done this for 15 years plus.

I love this man and as a family we forgive him of being human and making the biggest mistake of his life. He is filled with regret and remorse for his actions that led us here today.

He will never be on the wrong side of the law again.

Please allow Nick to come home with me today, so he

continue to help others improve their lives.

It is my hope and prayer that you see the good man before you today and be merciful in your sentence.

I beg you.

Sincerely,

Janice M. Niemeyer

Your Honor,

I am writing this for our Mother, Doris Niemeyer.  She is 93 years old and is finding it very difficult to write this today.  So, she is dictating it to me, and I am sending it on to you.

My son Nicholas is a good man and I love him very much.  I am not certain exactly what he has done, but I know he is not a bad person or a criminal.  He has done a lot of good things for me and for many other people. I want to be able to see him sometimes before I die, and if he is gone for a long time I am afraid that will not happen.
Please do not make him go to prison.  I don't feel he would do well in that kind of environment.

Thank you.
Doris Niemeyer
Mother to Nicholas Niemeyer

## <u>CERTIFICATE OF SERVICE</u>

I declare under penalty of perjury that on February 25, 2022, I electronically filed the foregoing document, Defendant's Sentencing Exhibits, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

<u>/s/ Anthony A. Bruno, #6302496</u>
Anthony A. Bruno
Attorney for the Defendant
Bruno Law Offices, LLC
301 West Green Street
Urbana, Illinois 61801-3200
Telephone: 217-328-6000
Facsimile: 217-328-6765
Email: lawyerbruno@gmail.com